# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLON LORENZO BROWN,<br><br>            Petitioner,<br>    v.<br><br>N. BREITENBACH, *et al.*,<br><br>            Respondents. | Case No. 3:23-cv-00148-MMD-CLB<br><br>SCHEDULING ORDER |

On June 4, 2024, this Court granted Respondents' motion to dismiss on statute of limitations grounds and dismissed this action. (ECF Nos. 55, 56.) The Court denied Petitioner Marlon Lorenzo Brown's motion for reconsideration. (ECF No. 63.) Brown appealed, and, on May 27, 2026, the Ninth Circuit Court of Appeals vacated the judgment dismissing the action and remanded the case for further proceedings. (ECF No. 72.) The Court of Appeals filed its mandate on June 18, 2026, and it has been spread upon the records of this Court. (ECF Nos. 73, 74.) The Court therefore sets a schedule for further proceedings.

Prior to his appeal, Brown appeared pro se—he did not request appointment of counsel at that time. However, Brown is now represented by appointed counsel. The Court will grant Brown leave to file an amended habeas petition with the benefit of counsel.

It is therefore ordered that the following schedule will govern further proceedings in this action:

Brown may file an amended petition for writ of habeas corpus within 90 days of the date of entry of this Order. In granting Brown leave to file an amended petition, the Court makes no comment about, and does not mean to affect in any way, the application of any statute of limitations to any claim asserted in the amended petition. The amended petition

must specifically state whether each ground for relief has been exhausted in state court; for each claim that has been exhausted in state court, the amended petition must state how, when, and where that occurred. If Brown elects not to file an amended petition, then, within 90 days of the date of entry of this Order, Brown must file a notice to that effect.

Respondents will have 60 days following the filing of the amended petition to file an answer or other response to the amended petition. If Brown does not file an amended petition, Respondents will have 60 days following the due date of the amended petition to file an answer or other further response to the original petition.

Brown will have 45 days following the filing of an answer to file a reply.

If Respondents file a motion to dismiss, Brown will have 60 days following the filing of the motion to file a response to the motion. Respondents will thereafter have 30 days following the filing of the response to file a reply.

If Brown wishes to move for leave to conduct discovery, he must file such motion concurrently with, but separate from, the response to Respondents' motion to dismiss or the reply to Respondents' answer. Any motion for leave to conduct discovery filed by Brown before that time may be considered premature and may be denied without prejudice on that basis. Respondents must file a response to any such motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to Brown's reply. Thereafter, Brown will have 20 days to file a reply in support of the motion for leave to conduct discovery.

If Brown wishes to request an evidentiary hearing, he must file a motion for an evidentiary hearing concurrently with, but separate from, the response to Respondents' motion to dismiss or the reply to Respondents' answer. Any motion for an evidentiary hearing filed by Brown before that time may be considered premature and may be denied without prejudice on that basis. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is required and must meet the requirements of 28 U.S.C. § 2254(e). The motion must state whether an evidentiary hearing was held in state

2

court, and, if so, state where the transcript is located in the record. If Brown files a motion for an evidentiary hearing, Respondents must file a response to that motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to Brown's reply. Thereafter, Brown will have 20 days to file a reply in support of the motion for an evidentiary hearing.

DATED THIS 6th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE