UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARLON LORENZO BROWN,<br>Petitioner,<br>v.<br>N. BREITENBACH, *et al.*,<br>Respondents. | Case No. 3:23-cv-00148-MMD-CLB<br>ORDER |

Petitioner Marlon Lorenzo Brown seeks an extension of time to file his amended petition for writ of habeas corpus. (ECF No. 77.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 77) is granted. Petitioner has until January 4, 2027, to file his amended petition.

DATED THIS 10th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE